```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. 2:11-CR-006 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [~~PROPOSED~~] ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| EDWARD JAY BORING, | ) |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Date: Monday, October 17, 2011 |
|  | ) Court: Hon. William B. Shubb |

The parties request that the status conference currently set for Monday, October 17, 2011, at 9:30 a.m., be continued to Monday, November 14, 2011, at 9:30 a.m., and stipulate that the time beginning October 17, 2011, and extending through November 14, 2011, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The defendant is currently held in San Joaquin County jail pending his trial on multiple counts of sexual molestation. Resolution of the federal trial will be affected by the results of the state proceeding.

1

In addition, Defense Counsel is currently unavailable due to medical issues.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to allow the current state court proceeding to conclude, 18 U.S.C. § 3161(h)(1)(B); and to permit continuity of counsel, id. at (7)(B)(iv). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

          Respectfully Submitted,

          BENJAMIN B. WAGNER
          United States Attorney

DATED: October 14, 2011    By:  */s/ Kyle Reardon*
          KYLE REARDON
          Assistant U.S. Attorney

DATED: October 14, 2011    By:  */s/ Kyle Reardon* for
          TIMOTHY ZINDEL
          Attorney for the Defendant

**<u>ORDER</u>**

The status conference in case number 2:11-CR-006 WBS, currently set for Monday, October 17, 2011, at 9:30 a.m., is continued to Monday, November 14, 2011, at 9:30 a.m., and the time beginning October 17, 2011, and extending through November 14, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161. The additional time is necessary to allow the current state court proceeding to conclude, 18 U.S.C. § 3161(h)(1)(B); and to permit continuity of counsel, <u>id.</u> at (7)(B)(iv). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.
IT IS SO ORDERED.
DATED: October 14, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE