DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD BORING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. 2:11-CR-006 WBS
)
          Plaintiff, )
) **STIPULATION AND ORDER**
  v. ) **CONTINUING STATUS CONFERENCE**
) **AND EXCLUDING TIME**
EDWARD BORING, )
)
          Defendant. ) Date: February 27, 2012
) Time: 9:30 a.m.
_____ ) Judge: Hon. William B. Shubb

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Edward Boring, that the status conference scheduled for February 27, may be continued to April 30, 2012, at 9:30 a.m.

    Mr. Boring is pending trial in San Joaquin County on charges related to those pending in this Court, charges that were filed after he was ordered released in this district. Because the outcome of that trial (now set for July 2012) will directly affect resolution of the case pending in this Court, the parties have agreed to trail the state court case. Accordingly, the parties ask the Court to order time excluded

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(B), from the date of this order through April 30, 2012, because of delay resulting from trial with respect to other charges against the defendant.

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

Dated: February 22, 2012         /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for EDWARD BORING

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: February 22, 2012         /s/ T. Zindel for K. Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 30, 2012, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: February 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE