1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EDWARD BORING
7

8

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:11-CR-006 WBS
                                  )
14              Plaintiff,        )
                                  ) **STIPULATION AND ORDER**
15      v.                        ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
16 EDWARD BORING,                 )
                                  )
17              Defendant.        ) Date: April 30, 2012
                                  ) Time: 9:30 a.m.
18 _____) Judge: Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Edward Boring, that the status conference

22 scheduled for April 30 may be continued to August 13, 2012, at 9:30 a.m.

23      Mr. Boring is pending trial in San Joaquin County on charges related

24 to those pending in this Court, charges that were filed after he was

25 ordered released in this district.  Trial is set for late July and the

26 parties expect it to proceed.  Because the outcome of that trial will

27 directly affect resolution of the case pending in this Court, the parties

28 have agreed to trail the state court case.  Accordingly, the parties ask

the Court to order time excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(B), from the date of this order through August 13, 2012, because of delay resulting from trial with respect to other charges against the defendant.

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

Dated: April 25, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for EDWARD BORING

BENJAMIN B. WAGNER
United States Attorney

Dated: April 25, 2012 /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 13, 2012, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the delay results from trial with respect to other charges against the defendant.

IT IS SO ORDERED.

Dated: April 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE