BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00006 WBS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER DISMISSING INDICTMENT** |
| EDWARD J. BORING, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against the defendant in the above-captioned matter.

On July 17, 2012, the defendant pleaded guilty in San Joaquin Superior Court to four counts of lewd acts upon a child in violation of California Penal Code Section 288(A), and one count of possession of child pornography in violation of California Penal Code Section

///

///

311.11(A).  He was sentenced to 14 years imprisonment.  He was also ordered to register as a sex offender pursuant to California Penal Code Section 290.

DATED: August 10, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Kyle Reardon*
KYLE REARDON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00006 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| EDWARD JAY BORING, | |
| Defendant. | |

The United States of America's Motion to Dismiss is granted.

Dated: August 10, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE